IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ARCADIO ABURTO,**

**Defendant.**                                          No. 06-CR-300167-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Aburto's motion to direct the United States Probation Office to conduct a pre-plea presentence investigation report (Doc. 215). The Government does not object to the motion. Accordingly, the Court **GRANTS** the motion. The Court **ORDERS** the United States Probation Office to prepare a pre-plea presentence investigation report as to Aburto in this matter.

**IT IS SO ORDERED.**

Signed this 24th day of October, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Judge**